Sunita Bali (SB #274108)
SBali@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788-3399

Attorneys for Non-Party
GOOGLE INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DOREN HAROLD WARD,<br><br>        Defendant. | Case No. CR 11-01067-TJH<br><br>**NON-PARTY GOOGLE INC.'S NOTICE OF MOTION TO QUASH WITNESS SUBPOENA**<br><br>Date:     July 9, 2012<br>Time:    10:00 a.m.<br>Courtroom: 17<br><br>Honorable Terry J. Hatter Jr. |

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on July 9, 2012, at 10:00 a.m., or the soonest date as counsel can be heard, in Courtroom 17 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California 90012, Non-Party Google, Inc.,

("Google") will, and hereby does move for an order to quash witness subpoena.

This motion will be based on this Notice of Motion and the Memorandum of Points and Authorities filed concurrently herewith the declarations of Darren Hubbard and Randy Tyler filed concurrently herewith, on the records and file herein, and such evidence or argument as may be presented at or before the hearing on the motion.

Respectfully submitted,

Dated: June 26, 2012

Sunita Bali (CA State Bar #: 274108)
Perkins Coie LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721

(310) 788-9900
SBali@perkinscoie.com

*Attorney for Non-party Google Inc.*

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the City of Los Angeles, County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, California 90067-1721. On the date signed below, I served the documents named below on the parties in this action as follows:

**NON-PARTY GOOGLE INC.'S NOTICE OF MOTION TO QUASH WITNESS SUBPOENA**

Upon the parties named below as follows: *(See attached service list.)*

[☒] **(BY MAIL)** I caused the above referenced document(s) to be placed in an envelope, with postage thereon fully prepaid, and placed in the United States mail at Los Angeles, California. I am readily familiar with the practice of the firm for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY FACSIMILE)** The above-referenced document(s) was/were transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to Rule 2001 et. seq. of the Cal. Rules of Court, I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration, unless service by facsimile transmission was executed as a matter of professional courtesy.

[☒] **(BY ELECTRONIC MAIL)** The above-referenced document(s) was/were transmitted via electronic mail the document(s) listed above to the email address(es) set forth in the attached **Service List** on this date.

[ ] **(BY PERSONAL DELIVERY)** I caused the above-referenced document(s) to be personally delivered to the person and/or the address listed above.

[ ] **(BY FEDERAL EXPRESS)** I am readily familiar with the practice of the firm for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America the above it true and correct.

Executed on **June 26, 2012**, at Los Angeles, California.

*[signature]*

Pamela Villeral

## SERVICE LIST

**Vibhav Mittal**
AUSA - Office of US Attorney
411 West Fourth Street
Santa Ana, CA 92701
714-338-3534
714-338-3708 (fax)
vibhav.mittal@usdoj.gov

**Cathy J Ostiller**
AUSA Office of US Attorney
Criminal Division
312 North Spring Street Suite 1100
Los Angeles, CA 90012
213-894-6159
213-894-6269 (fax)
cathy.ostiller@usdoj.gov

*Attorneys for the United States*

**Lara Kristin Hoffman**
Office of the Federal Public Defender
321 East Second Street
Los Angeles, CA 90012
213-894-2922
213-894-0081 (fax)
lara_k_hoffman@fd.org

**John L Littrell**
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012-4202
213-894-5310
213-894-0081 (fax)
zzCAC_FPD_Document_Receiving@fd.org

*Attorneys for Defendant Doren Harold Ward*